**John A. Delis, Bar No. 149793**
**jadelis@ldlawyers.com**
**LONG & DELIS**
**400 N. Tustin Ave., Suite 370**
**Santa Ana, CA 92705**
**(714)668-1400/(714)668-1411 (fax)**

Attorneys for Plaintiff, SHANNON OBERDORFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHANNON OBERDORFER, | ) CASE NO.  EDCV 12-786 TJH (SPx) |
| | ) Hon. Terry J. Hatter, Jr. |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER GRANTING** |
| | ) **STIPULATION FOR DISMISSAL** |
| HARMONY HEALTHCARE, et al., | ) **WITH PREJUDICE [JS-6]** |
| | ) |
| Defendants. | ) Action Filed: 4/3/12 |
| | ) |

### ORDER

Pursuant to the parties' stipulation for dismissal with prejudice, it is hereby

**ORDERED** that:

/ / / / /

/ / / / /

1

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  Plaintiff's entire action is hereby dismissed with prejudice.  Each party to
2  bear their own fees and costs.
3
4  DATED:   September 14, 2012
5
6
7  _____
     HONORABLE TERRY J. HATTER, JR.
     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28